IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MAYADA RAYESS,

      Appellant,

 v.                             Case No. 5D18-1894

JOSEPH BITAR,

      Appellee.

_____/

Opinion filed October 19, 2018

Appeal from the Circuit Court
for Orange County,
Alicia L. Latimore, Judge.

Mayada Rayess, Orlando, pro se.

No Appearance for Appellee.


PER CURIAM.

The former wife, Mayada Rayess, appeals the final judgment dissolving her marriage to the former husband, Joseph Bitar. Because we do not have a transcript of the proceedings below, we cannot address the former wife's contention that the trial court's decision on the issues of alimony and equitable distribution are without evidentiary support. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979). Thus, we must affirm unless the former wife can demonstrate that "fundamental

error appears on the face of the appealed order." <u>Murphy v. Murphy</u>, 948 So. 2d 864, 865 (Fla. 5th DCA 2007). The former wife has made no such showing in this case.

AFFIRMED.

ORFINGER, TORPY and HARRIS, JJ., concur.